## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **GREGORY O'NEAL LOWE,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **No. 3:03-CV-1712-K** |
| | § | |
| **DOUGLAS DRETKE, Director,** | § | |
| **Texas Department of Criminal Justice,** | § | |
| **Correctional Institutions Division,** | § | |
| **Respondent.** | § | |

## ORDER ADOPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney on Gregory O'Neal Lowe's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2254. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error, the Court adopts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 25th day of October, 2005.

s/ Ed Kinkeade
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**